**Opinion issued January 7, 2020.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00228-CV

———————————

**IN RE ENERGY XXI GULF COAST, INC. AND ENERGY XXI GIGS SERVICES, LLC, Relators**

———————————

## NO. 01-19-00254-CV

———————————

**ENERGY XXI GULF COAST, INC. AND ENERGY XXI GIG S SERVICES, LLC, Appellants**

**V.**

**CORENERGY INFRASTRUCTURE TRUST, INC. AND GRAND ISLE CORRIDOR, LP, Appellees**

---

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Case No. 2019-20787

---

## MEMORANDUM OPINION

Energy XXI Gulf Coast, Inc. and Energy XXI GIGS Services, LLC ("Energy XXI"), filed a petition for writ of mandamus and a related interlocutory appeal challenging the trial court's March 28, 2019 "Order Granting Temporary Restraining Order and Setting Hearing for Temporary Injunction."[1] We deny the petition and lift the stay previously imposed.

Energy XXI's interlocutory appeal, which was filed in the alternative, does not raise any new or different arguments other than those addressed in the mandamus proceeding. Temporary restraining orders cannot be challenged by interlocutory appeal. *See Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 680–81 (Tex. App.—Houston [14th Dist.] 2005, no pet.); TEX. CIV. PRAC. & REM. CODE § 54.014(a) (authorizing interlocutory appeals from specific types of orders). Therefore, we dismiss the interlocutory appeal for want of jurisdiction.

## PER CURIAM

Panel consists of Justices Lloyd, Kelly, and Landau.

---

[1] The underlying case is *CorEnergy Infrastructure Trust, Inc. and Grand Isle Corridor, LP v. Energy XXI Gulf Coast, Inc. and Energy XXI GIGS Services, LLC*, No. 2019-20787 in the 11th District Court of Harris County, Texas, Hon. Kristen Brauchle Hawkins, presiding.

The order that is the subject of this original proceeding was issued by the Honorable Steven Kirkland, judge of the 334th District Court, Harris County, Texas, sitting as ancillary judge.